# UNITED STATES DISTRICT COURT

## District of Minnesota

Norma Veronica Ases-Pacha

Petitioner,

v.

Pamela Bondi, Kristi Noem, David Easterwood, Todd M. Lyons,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-618 JRT/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court has been informed that the Petitioner in the above-captioned matter was released from custody on Jan.31. Therefore, this matter can be closed.

Date: 2/2/2026

KATE M. FOGARTY, CLERK